**Order entered April 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01261-CV

### EX PARTE MICHAEL GEROD MCGREGOR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1459-W**

## ORDER

The record before us reflects this appeal could be either (1) an ordinary appeal, filed within the fifteen-day extension period provided by Texas Rule of Appellate Procedure 26.3 but without the required extension motion; or (2) a restricted appeal under Texas Rule of Appellate Procedure 30 but with a deficient notice of appeal. *See* TEX. R. APP. P. 25.1(d)(7) & 30 (together setting forth requirements for restricted appeal); 26.1 (setting deadline for filing ordinary appeal); 26.3 (outlining procedure for obtaining extension). Accordingly, by letter dated April 1, 2015, appellant was directed to file either (1) a motion to extend time to file notice of ordinary appeal or (2) an amended notice of appeal reflecting he is pursuing a restricted appeal. Rather than filing either an extension motion or an amended notice of appeal, however, appellant, who is proceeding pro se, has filed both. He also has filed a "motion for leave to file [both]."

An appeal cannot proceed as both an ordinary appeal and a restricted appeal. *See generally id.* 25.1, 26.1, 30. Because the standard of appellate review in a restricted appeal is more limited than the standard in an ordinary appeal, we **GRANT** the motion to permit late filing of notice of ordinary appeal and **DENY** as moot the other filings. *See* TEX. R. APP. P. 26.3; *Champion v. Estlow*, 2015 WL 513274, 03-14-00016-CV *1 (Tex. App.-–Austin 2015, pet. filed); *Davenport v. Scheble*, 201 S.W.3d 188, 193 (Tex. App.—Dallas 2006, pet. denied). We deem the notice of appeal filed June 7, 2014 timely for jurisdictional purposes.

We note the clerk's record has been filed. We further note the reporter has informed the Court that no reporter's record exists of the trial court proceedings. Accordingly, we **ORDER** appellant to file his brief on the merits no later than June 1, 2015. *See* TEX. R. APP. P. 38.6.

/s/    CRAIG STODDART
JUSTICE